LowRie, Judge,
 

 delivered the opinion of the Court:
 

 The demurrer admits the allegations of the bill to be true. If the Defendants have been guilty of the fraud charged in the bill, the Complainants are entitled not only to the relief which they ask, but to have the contract set aside. It is said Complainants have, relief at law. It is true they have; but where must they go to seek it ? Will this Court refuse them relief, because they may go into another State and recover damages in an action at law ? Mann came into this State to commit the fraud; Black was his confederate. Here the fraud was committed, and here it ought to be redressed. This Court is of opinion, that the demurrer ought to be overruled, upon either of two grounds. 1st. That the Defendants reside in another State, and that Complainants ought not to he sent beyond the jurisdiction of our own Courts to seek redress. 2d. That this being a case of fraud, a Court of Equity will take cognizance of it, and at once save the Complainants from an iniquitous recovery at law. — Let the demurrer be overruled.